UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-CR-00260 |
| VERSUS | * | JUDGE S. MAURICE HICKS |
| SARAH J BROUSSARD | * | MAG. JUDGE WHITEHURST |

### REPORT AND RECOMMENDATION ON
### FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocution of the defendant, **SARAH J. BROUSSARD**, on April 4, 2018. Defendant was present with her counsel, Dustin Charles Talbot.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that her plea of guilty is knowing and voluntary, and her guilty plea to Count One and Count Twenty-two of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, **SARAH J. BROUSSARD**, in accordance with the terms of the plea agreement filed in the record of these proceedings, and that **SARAH J. BROUSSARD** be finally adjudged guilty of the offenses charged in Counts One and Twenty-

two of the Indictment.

The defendant has waived her right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 8th day of May, 2018.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE