**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00260 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| SARAH J. BROUSSARD | MAGISTRATE JUDGE WHITEHURST |

**ORDER**

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge in the transcript previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by Defendant, Sarah J. Broussard ("Broussard") before Magistrate Judge Carol Whitehurst is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**IT IS THEREFORE ORDERED** that Broussard is finally adjudged guilty of the offense charged in Count One and Count Twenty-two of the Indictment.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 9th day of May, 2018.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE